IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONTWAY LLC d/b/a MONTWAY AUTO TRANSPORT,<br><br>        Plaintiff,<br><br>   v.<br><br>NEXUS AT LLC d/b/a NEXUS AUTO TRANSPORT,<br><br>        Defendant. | Case No. 1:25-cv-13100<br><br>Honorable Matthew F. Kennelly |

## STIPULATED PROTECTIVE ORDER

Plaintiff Montway LLC respectfully requests that the Court enter the Agreed Confidentiality Order attached hereto as Exhibit A. A redline version attached hereto as Exhibit B reflects revisions to the Court's Model Confidentiality Order. On November 20, 2025, Counsel for Defendant agreed to the entry of the proposed Agreed Confidentiality Order.

                                                  Respectfully submitted,

                                                  /s/ Sanjay K. Murthy
                                                  Sanjay K. Murthy (ARDC 6729134)
                                                  Rocco J. Screnci (ARDC 6344037)
                                                  McAndrews, Held & Malloy, Ltd.
                                                  500 West Madison Street, 34th Floor
                                                  Chicago, IL 60661
                                                  (312) 775-8000
                                                  smurthy@mcandrews-ip.com
                                                  rscrenci@mcandrews-ip.com
                                                  *Counsel for Plaintiff Montway LLC*

November 21, 2025

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on November 21, 2025, he caused a copy of the foregoing document to be served via the Court's CM/ECF system.

                                                   /s/ Sanjay K. Murthy
                                                    Sanjay K. Murthy