UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Montway LLC
                Plaintiff,

v.                                             Case No.: 1:25−cv−13100
                                                Honorable Matthew F. Kennelly

Nexus AT LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person preliminary injunction hearing held on 11/24/2025. Testimony presented. Defendant's motion to withdraw opposition [42] is granted. Plaintiff's motion for preliminary injunction [9] is granted. Enter Preliminary Injunction. The Court notes that it added a requirement for posting of a $1000 bond by plaintiff as security for issuance of the preliminary injunction. A status report is to be filed by the defendant consistent with the preliminary injunction order by 12/8/2025. The case is set for a telephonic status hearing on 12/15/2025 at 9:10 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Defendant's motion to dismiss [39] is entered and continued to the status hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.