IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONTWAY LLC d/b/a MONTWAY AUTO TRANSPORT, ) ) ) | |
| Plaintiff, ) | Case No. 1:25-cv-13100 |
| ) v. ) ) | |
| NEXUS AT LLC d/b/a ) NEXUS AUTO TRANSPORT ) ) | |
| Defendant. ) | |

### MOTION TO WITHDRAW ATTORNEYS OF RECORD AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Attorneys Sean Sharp and Kennedy Snyder bring this motion to respectfully request that this Court grant them leave to withdraw as attorneys of record in this matter. In support of this motion, they state as follows:

1. Sean Sharp has been attorney of record for Defendant in this matter since October 30, 2025.

2. Kennedy Snyder has been attorney of record for Defendant in this matter since October 31, 2025.

3. Irreconcilable differences have arisen between counsel and the client that have resulted in a complete breakdown in communication and have made continued representation untenable.

4. Due to this complete breakdown in communication, counsel cannot provide effective representation and counsel is not in a position to prepare the status report filing required by the Court's order and due on December 8, 2025.

1

5. Under these circumstances, counsel respectfully request leave to withdraw from the case.

6. Counsel has notified Defendant by email of their intention to file this motion, and have received no response or objection from Defendant.

7. Counsel will serve notice of this motion upon Defendant at its last known address and email.

8. The Notification of Party Contact Information for Defendant is attached herein.

WHEREFORE, Attorneys Sean Sharp and Kennedy Snyder respectfully request that this Honorable Court grant them leave to withdraw as attorneys of record in this action and provide Defendant reasonable time to secure new counsel.

Respectfully Submitted,

/s/ Sean M. Sharp
Sean Sharp (#6313964)
Kennedy Snyder (#6349995)
Atom Law Group, LLC
770 N. LaSalle Dr., Suite 700
Chicago, Illinois, 60654
(P) 312-493-8000
(F) 312-943-4984
ssharp@atom.law
ksnyder@atom.law

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 1, 2025.

/s/ Sean M Sharp
Sean M Sharp