UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Montway LLC
      Plaintiff,

v.              Case No.: 1:25−cv−13100
              Honorable Matthew F. Kennelly

Nexus AT LLC
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

  MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's attorneys' motion to withdraw [46] is denied, without prejudice to refiling. Withdrawing counsel must advise the defendant that under applicable law, an entity like an LLC (or a corporation) may not represent itself in court and that if the defendant is unrepresented by counsel following the withdrawal of current counsel it will be held in default. Any renewed motion must include a certification that withdrawing counsel have so advised the defendant. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.