# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Montway LLC

                    Plaintiff,

v.                                    Case No.: 1:25−cv−13100

                                              Honorable Matthew F. Kennelly

Nexus AT LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 3, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: The motion by attorneys Sean Sharp and Kennedy Snyder to withdraw is granted [48]. The Clerk is directed to add the name and address of defendant Nexus AT LLC to the docket. Nexus AT LLC is advised that it may appear only via counsel and that if an appearance of counsel is not filed within 30 days of today's date it will be held in default. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.