## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Montway LLC

               Plaintiff,

v.

Nexus AT LLC, et al.

               Defendant.

Case No.: 1:25–cv–13100
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings held on 12/15/2025. Plaintiff's attorney appeared. No one appeared on behalf of the defendants. Defendant Nexus's motion to dismiss [39] is denied without prejudice as moot due to the filing of an amended complaint. The case is set for a further telephonic status hearing on 1/6/2026 at 9:10 a.m. The following call–in number will be used for the hearing: 650–479–3207; access code 2305–915–8729. Defendant Nexus AT LLC will be held in default if the appearance of counsel is not filed before the hearing date. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.